ROSCOE EDDINGS v. THE STATE.

No. 20373. Delivered April 19, 1939.

The opinion states the case.

*M. L. Bennett,* of Normangee, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

HAWKINS, JUDGE.—Appellant waived a jury and upon a plea of guilty before the court was adjudged to be guilty of assault with intent to murder, and his punishment assessed at one year in the penitentiary.

We observe that in the record before us there appears no sentence, without which there is no final judgment and this court has no jurisdiction of the case.

The appeal is dismissed.